Moore & Company, appellee, v. American Safety Match Company, appellant. Gen. No. 25,023.

Action to recover for labor and materials. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James Donahoe, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed April 21, 1920.

William Reeda, for appellant. Hoyne, O'Connor & Irwin, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Frederick Peake, appellee, v. Vita A. Forlano, appellant. Gen. No. 25,087.

Action on a check. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed April 21, 1920.

Cairoli Gigliotti, for appellant. Frederick Peake, *pro se*.

Mr. Justice O'Connor delivered the opinion of the court.

---

In the matter of the petition of Henry Coester, arrested at suit of Frank Lawrence. Frank Lawrence, appellee, v. Henry Coester, appellant. Gen. No. 25,106.

Petition under the Insolvent Debtor's Act. Petition dismissed. Appeal from the County Court of Cook county; the Hon. John H. Williams, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed April 21, 1920.

William S. Newburger, for appellant. Cruice & Langille, for appellee; Daniel L. Cruice, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Edward R. Burt, trading as Edward R. Burt & Company, plaintiff in error, v. Werner N. Dervoe, defendant in error. Gen. No. 24,893.

Action on contract of employment as auditor. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Charles N. Goodnow, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and judgment here. Opinion filed April 21, 1920.

Helmer, Moulton, Whitman & Whitman, for plaintiff in error; Charles R. Holton, of counsel. Guy Van Schaick, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.